**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JUNIUS BURNO, | : | No. 157 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN KANE, ATTORNEY | : | |
| GENERAL OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 23rd day of January, 2017, the Petition for Review, the Application for Summary Disposition, the Application to Amend and Compel, the Application for Summary Disposition, and the Application to Compel are **DISMISSED**. The Prothonotary is **DIRECTED** to forward these filings to counsel of record.